```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER BURILLO, ROSE MERRY MARGARET BURILLO, <br><br>         Plaintiffs, <br><br>    v. <br><br> DAVID STILL, IN HIS OFFICIAL CAPACITY, DISTRICT DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SAN FRANCISCO, CALIFORNIA; EMILIO GONZALEZ, IN HIS OFFICIAL CAPACITY, DIRECTOR, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND MICHAEL CHERTOFF, IN HIS OFFICIAL CAPACITY, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND ALBERTO R. GONZALES, IN HIS OFFICIAL CAPACITY, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, <br><br>         Defendants. | No. C 06-2703-MMC <br><br> **STIPULATION TO EXTEND ANSWER DEADLINE; AND [PROPOSED] ORDER** |

STIPULATION TO EXTEND ANSWER DEADLINE AND PROPOSED ORDER
C 06-2703-MMC                                    1

The plaintiffs, by and through their attorneys of record, and the defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to extend the deadline to answer the petition for writ of mandamus in the above-entitled action by twenty-one days.  The answer will be due on July 10, 2006.

Date: June 19, 2006                                         Respectfully submitted,

                                                KEVIN V. RYAN
                                                United States Attorney


                                                /s/
                                                EDWARD A. OLSEN[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants


Date: June 19, 2006                                              /s/
                                                CHRISTINE BRIGAGLIANO
                                                VAN DER HOUT, BRIGAGLIANO,
                                                AND NIGHTINGALE LLP
                                                Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: June  21 , 2006                                    _____
                                                MAXINE M. CHESNEY
                                                United States District Judge

---

[1] I, Edward A. Olsen, attest that both Stacy Tolchin, an attorney at Van Der Hout, Brigagliano and Nightingale, and I have signed this stipulation.