KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER BURILLO, ROSE MERRY MARGARET BURILLO, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID STILL, IN HIS OFFICIAL CAPACITY, DISTRICT DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, SAN FRANCISCO, CALIFORNIA; EMILIO GONZALEZ, IN HIS OFFICIAL CAPACITY, DIRECTOR, BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND MICHAEL CHERTOFF, IN HIS OFFICIAL CAPACITY, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND ALBERTO R. GONZALES, IN HIS OFFICIAL CAPACITY, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, <br><br> Defendants. | No. C 06-2703-MMC <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

STIPULATION TO DISMISS; AND PROPOSED ORDER
C 06-2703-MMC                            1

The plaintiffs, by and through their attorneys of record, and the defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has adjudicated the plaintiffs' I-485 applications for adjustment of status.

Each of the parties shall bear their own costs and fees.

Date: July 10, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: July 10, 2006

/s/
CHRISTINE BRIGAGLIANO
VAN DER HOUT, BRIGAGLIANO,
AND NIGHTINGALE LLP
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 14, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] I, Edward A. Olsen, attest that both Christine Brigagliano and I have signed this stipulation to dismiss and will produce the original signed copies upon request.

STIPULATION TO DISMISS; AND PROPOSED ORDER
C 06-2703-MMC                                          2